IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAVID CONRAD,**

    *Petitioner*,

v.                                         Case No.: 5:24cv237-MW/MAL

**WARDEN GABBY, et al.,**

    *Respondents*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2241, ECF No. 2, is **DISMISSED** for failure to prosecute and failure to comply with an Order of the Court, or alternatively, under Rule 4 of the Rules Governing 2254 Cases because Petitioner is not entitled to relief under §

2241." The Clerk shall close the file.

**SO ORDERED on April 1, 2025.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**
